IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERT MILLER,** *Plaintiff,* v. **WALMART, INC. et al.** *Defendants.* | Civil No. 25-3159 |

## ORDER

**AND NOW**, this 10th day of October, 2025, having considered Defendants' unopposed Motion to Transfer Venue to the United States District Court for the Western District of Pennsylvania (ECF No. 12), it is hereby **ORDERED** that Defendants' Motion is **GRANTED.** It is **FURTHER ORDERED** this this action be transferred to the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_____
MARY KAY COSTELLO
United States District Judge